1    **JAN DAVID KAROWSKY**
     Attorney at Law
2    A Professional Corporation
     California State Bar Number 53854
3    716 19th Street, Suite 100
     Sacramento, CA 95811-1767
4    (916) 447-1134
     (916) 448-0265 (Fax)
5
     Attorney for Defendant
6    Manuel Keith

7                    **UNITED STATES DISTRICT COURT**

8          **IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

9

10   United States of America,              )    Case No.:  Cr.S-11-190-MCE
                                            )
11              Plaintiff,                  )    **STIPULATION AND ORDER TO**
                                            )    **MODIFY PRE-TRIAL RELEASE**
12         vs.                              )    **CONDITIONS AND ALLOW**
                                            )    **DEFENDANT, MANUEL KEITH, TO**
13   Manuel Keith,                          )    **TRAVEL ON A CONCERT TOUR**
                                            )
14              Defendant                   )
                                            )
15                                          )
                                            )
16   _____   )

17

                            **FACTUAL SUMMARY**
18

19          Manuel Keith is asking permission to participate in a concert tour from approximately

20   January 19, 2014 through February 11, 2014.  Mr. Keith is a musician.  He was invited to

21   participate in a tour with the lead act being a rapper who goes by the stage name of "Nipsey

22   Hussle."  If the Court wishes, the following is the Wikipedia site for Nipsey Hussle

23   (http://en.wikipedia.org/wiki/Nipsey_Hussle).  Attached hereto as Exhibit "A," and incorporated

24   herein by reference is a copy of the full tour.  Mr. Keith is requesting to join the tour on January

25   19, 2014 in Cleveland, Ohio and travel with the tour bus, ending his performances in San

     Antonio, Texas on February 11, 2014.  In order to travel to Ohio and return from San Antonio,

                                        - 1 -

1   Mr. Keith is requesting to be allowed to travel from New York City commencing on January 18,

2   2014 and return to New York City from San Antonio on February 14, 2014.

3        Prosecuting AUSA Jason Hitt is not opposed to Mr. Keith's request to participate in these

4   concerts and travel with the tour.

5        On April 19, 2012, Manuel Keith, who lives in New York City, made his initial

6   appearance in U.S. District Court, Eastern District of New York, in the above-captioned action;

7   was released on an unsecured bond; and ordered to appear in the Eastern District of California on

8   May 11, 2012.

9        On May 11, 2012, Manuel Keith appeared before Magistrate-Judge Dale A. Drozd and

10  was released on the unsecured bond, previously posted, and Special Conditions of Release were

11  imposed.

12       Relevant "Special Conditions of Release," were as follows:

13       "No. 3  You are to reside at a location approved by the pretrial services officer and not

14  move or absent yourself from this residence for more than 24 hours without the prior approval of

15  the pretrial services officer;

16       No. 5  Your travel is restricted to the Eastern District of California and New York City

17  without the prior consent of the pretrial services officer.

18       For the Court's information, on August 13, 2013, at Docket entry 136, the Honorable

19  Dale A. Drozd, modified Mr. Keith's above travel orders, at Mr. Keith's request and stipulation

20  of AUSA Hitt, to allow him to travel outside the United States on two separate trips during the

21  fall of 2013.  He completed these two pleasure trips and returned his passport with no problems

22  whatsoever.

23

24

25

**STIPULATION**

Plaintiff, United States, and Defendant, Manuel Keith, through their undersigned counsel, hereby stipulate and agree that Special Conditions of Release detailed above, Numbers 3 and 5 shall be modified for the dates of January 18, 2014 through February 14, 2014, so that Mr. Keith may participate in a tour as a musician commencing January 19, 2014 in Cleveland, Ohio and end his performances in San Antonio, Texas on February 11, 2014 and shall return to New York City on or before February 14, 2014.

**IT IS SO STIPULATED.**

DATED:          January 7, 2014                    BENJAMIN WAGNER
                                                    United States Attorney

                                                    /s/ Jason Hitt

                                        by
                                                    Jason Hitt
                                                    Assistant U.S. Attorney
                                                    by Jan David Karowsky
                                                    w/ Mr. Hitt's consent


DATED:          January 7, 2014                    JAN DAVID KAROWSKY
                                                    Attorney at Law
                                                    A Professional Corporation

                                                    /s/ Jan Karowsky

                                        by
                                                    JAN DAVID KAROWSKY
                                                    Attorney for Defendant
                                                    Manuel Keith

1      **GOOD CAUSE APPEARING,** the Court hereby modifies Special Conditions of

2   Release numbers 3 and 5 as requested; approves Mr. Keith's participation in the musical tour as

3   detailed; and approves his travel from New York City to Cleveland, Ohio commencing January

4   18, 2014 and return to New York City from San Antonio, Texas on or before February 14, 2014.

5      **IT IS SO ORDERED.**

6   Dated:  January 7, 2014

7

8   _____

9   Dad1.crim                                    DALE A. DROZD
    Keith0190.stip.modify.COR2         UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25