Jan David Karowsky
Attorney at Law
A Professional Corporation
716 19th Street, Ste. 100
Sacramento, CA  95811
(916) 447-1134
(916) 448-0265
KarowskyLaw@sbcglobal.net

Attorney for Defendant
Manuel Keith

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>NICHOLAS RAMIREZ, et al.,<br><br>      Defendants. | No. 2:11-CR-00190 MCE<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>Date:   January 9, 2014<br>Time:   9:00 a.m.<br>Judge:  Honorable Morrison C. England, Jr. |

The United States of America through its undersigned counsel, Jason Hitt, Assistant United States Attorney, together with counsel for defendant Manuel Keith, Jan David Karowsky, Esq. hereby stipulate to the following:

1.  By previous order, this matter was set for status conference on January 9, 2014.

2.  By this stipulation, Manuel Keith now moves to continue the status conference until April 17, 2014 and to exclude time between January 9, 2014 and April 17, 2014 under the Local Code T-2 and T-4.

3.   The parties agree and stipulate, and request the Court find the following:

1

a. This case was the product of a lengthy investigation in which wiretaps were utilized on multiple telephones.  The government has produced discovery which to date includes 1,952 pages containing wiretap applications, periodic reports, and investigative materials.  Additionally, the government has provided defense counsel with voluminous wiretap conversations.  Given this large volume of discovery, counsel for Mr. Keith needs additional time to review the discovery and consult with him.  Additionally, a continuance now will provide the government and defense counsel the needed time to negotiate and hopefully, finalize a plea agreement. Further, counsel for Mr. Keith is set for trial in two murder cases, one commencing in early February, 2014 and the other on March 17, 2014 in Sacramento County Superior Court and needs time to prepare for said trials.

b. It is expected the government will be able to provide a plea agreement to Mr. Keith and a guilty plea is hoped to be entered at the next status conference.

c. The Government does not object to the continuance.

d. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial within the original date prescribed by the Speedy Trial Act.

e. For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of January 9, 2014 through April 17, 2014 inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) ) and (B)(ii) and (iv), corresponding to Local Code T-2 and T-4 because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served

by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED:   January 10, 2014                    BENJAMIN WAGNER
                                             United States Attorney

                                             /s/ Jason Hitt

                                    by
                                             Jason Hitt
                                             Assistant U.S. Attorney
                                             by Jan David Karowsky
                                             w/ Mr. Hitt's consent


DATED:   January 10, 2014                    JAN DAVID KAROWSKY
                                             Attorney at Law
                                             A Professional Corporation

                                             /s/ Jan Karowsky

                                    by
                                             JAN DAVID KAROWSKY
                                             Attorney for Defendant
                                             Manuel Keith

///
///
///
///
///
///

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: January 10, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT