**FILED**

**AUG - 6 2014**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811-1767
(916) 447-1134
(916) 448-0265 (Fax)

Attorney for Defendant
Manuel Keith

## UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>vs.<br><br>Manuel Keith,<br><br>  Defendant | Case No.: Cr.S-11-190-MCE<br><br>STIPULATION AND [PROPOSED] (struck through, replaced with "DAD")<br>ORDER TO MODIFY PRE-TRIAL<br>RELEASE CONDITIONS TO ALLOW<br>DEFENDANT, MANUEL KEITH, TO<br>TRAVEL OUTSIDE THE U.S. ON A<br>PLEASURE TRIP |

### FACTUAL SUMMARY

Manuel Keith is asking permission to go on a pleasure trip with his girlfriend and his mother, to celebrate his 30th birthday, a part of which will be out of the country. The trip is planned for 3 days in Fort Launderdale, 3 days in the Bahamas, and then 3 days in Orlando and will take place from August 11, 2014 through August 19, 2014. Prosecuting AUSA Jason Hitt is not opposed to this travel request. Pretrial Services does not take a position on the matter and will defer to the Court to decide if the travel request is appropriate.

On April 19, 2012, Manuel Keith, who lives in New York, made his initial appearance in U.S. District Court, Eastern District of New York, in the above-captioned action; was released on an unsecured bond; and ordered to appear in the Eastern District of California on May 11, 2012.

On May 11, 2012, Manuel Keith appeared before Magistrate-Judge Dale A. Drozd and was released on the unsecured bond, previously posted, and Special Conditions of Release were imposed.

Relevant "Special Conditions of Release," were as follows:

"No. 3  You are to reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

No. 5  Your travel is restricted to the Eastern District of California and New York City without the prior consent of the pretrial services officer;

No. 10  You shall surrender your passport to the Clerk, U.S. District Court, and obtain no passport during the pendency of this case."

Mr. Keith's mother and his girlfriend wish to take him Ft. Lauderdale, the Bahamas, and then to Orlando to celebrate his 30th birthday.  All details of travel, the places the party will be staying and contact information will be provided to Pre-Trial Services.

Two somewhat similar trips, out of the country, were approved by the Court last year, as was a trip earlier this year for Mr. Keith to perform at concerts in Austin, Texas – all three were completed with no problems whatsoever.

**STIPULATION**

Plaintiff, United States, and Defendant, Manuel Keith, through their undersigned counsel, hereby stipulate and agree that Special Conditions of Release detailed above, Numbers 3, 5, 10,

1 shall be modified for the dates of August 11, 2014 through August 19, 2014 so that Mr. Keith
2 may go to Ft. Lauderdale, the Bahamas, and then Orlando and stay at the locations to be
3 provided to Pre-Trial Services and that his passport shall be mailed to him, forthwith, for use on
4 this detailed trip, and he shall return the passport to the Clerk, U.S. District Court for the Eastern
5 District of California upon his return on or about August 19, 2014.  The passport shall be
6 received by the Clerk on or before September 5, 2014.

**IT IS SO STIPULATED.**

DATED:      August 6, 2014               BENJAMIN WAGNER
                                         United States Attorney

                                         /s/ Jason Hitt

                                      by
                                         Jason Hitt
                                         Assistant U.S. Attorney
                                         by Jan David Karowsky
                                         w/ Mr. Hitt's consent


DATED:      August 6, 2014               JAN DAVID KAROWSKY
                                         Attorney at Law
                                         A Professional Corporation

                                         /s/ Jan Karowsky

                                      by
                                         JAN DAVID KAROWSKY
                                         Attorney for Defendant
                                         Manuel Keith


**GOOD CAUSE APPEARING,** the Court modifies Special Conditions of Release numbers 3, 5, and 10, as requested; approves the requested trip; and orders the Clerk of the Court to mail Mr. Keith's passport to him, forthwith, for use on this trip, detailed in the Factual Summary.  The Court further orders that Mr. Keith shall return his passport to the Clerk, U.S.

1  District Court for the Eastern District of California, upon his return on or about August 19, 2014
2  and that said passport shall be returned to the Clerk on or before September 5, 2014.
3  **IT IS SO ORDERED.**
4
5  Dated: 8/6/14

*/s/ Dale A. Drozd*
**DALE A. DROZD**
United States Magistrate-Judge