Jan David Karowsky
Attorney at Law
A Professional Corporation
716 19th Street, Ste. 100
Sacramento, CA  95811
(916) 447-1134
(916) 448-0265
KarowskyLaw@sbcglobal.net

Attorney for Defendant
Manuel Keith

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>NICHOLAS RAMIREZ, et al.,<br><br>    Defendants. | No. CR-S-11-190 MCE<br><br>AMENDED STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>Date:   August 13, 2015<br>Time:   9:00 a.m.<br>Judge:  Honorable Morrison C. England, Jr. |

The United States of America through its undersigned counsel, Jason Hitt, Assistant United States Attorney, together with counsel for defendant Manuel Keith, Jan David Karowsky, Esq. hereby stipulate to the following:

1. By previous order, this matter was set for status conference on August 13, 2015.

2. By this stipulation, Manuel Keith now moves to continue the status conference until October 22, 2015 and to exclude time between August 13, 2015 and November 19, 2015 under the Local Code T-2 and T-4.

3. The parties agree and stipulate and request the Court find the following:

    a. This case was the product of a lengthy investigation in which wiretaps were utilized on multiple telephones. The government has produced discovery which to date

includes 1,952 pages containing wiretap applications, periodic reports, and investigative materials. Additionally, the government has provided defense counsel with voluminous wiretap conversations. The government submitted a plea agreement to counsel for Mr. Keith, in which a "phone count" was offered. Mr. Keith is a musician who travels internationally. A phone count will be treated as a drug offense and will prohibit Mr. Keith from entering a number of countries in which he has performed and where he hopes to perform in the future. Therefore, counsel for Mr. Keith is continuing in his efforts to persuade the U.S. Attorney's office to offer a plea to misprision of felony, which would not be considered to be a drug offense. Such a plea would not result in any less custodial time than a plea to a phone count. The government is still considering the counter offer. Further, Mr. Keith lives in Queens, New York. A continuance now will provide additionally needed time for counsel for the government to continue to consider the counter offer and time for Mr. Keith to gather the funds to pay for a round trip airline ticket to Sacramento in order to attend court to enter a plea. Further, based on defense counsel's schedule, the date of October 22, 2015 for the next status conference will hopefully assure a resolution on that date.

b.  The Government does not object to the continuance.

c.  Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial within the original date prescribed by the Speedy Trial Act.

d.  For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period from August 13, 2015 through November 19, 2015 inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) ) and (B)(ii) and (iv), corresponding to Local Code T-2 and T-4 because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the

ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED:       August 12, 2015                BENJAMIN WAGNER
                                            United States Attorney

                                            /s/ Jason Hitt
                                    by
                                            Jason Hitt
                                            Assistant U.S. Attorney
                                            by Jan David Karowsky
                                            w/ Mr. Hitt's consent


DATED:       August 12, 2015                JAN DAVID KAROWSKY
                                            Attorney at Law
                                            A Professional Corporation

                                            /s/ Jan Karowsky
                                    by
                                            JAN DAVID KAROWSKY
                                            Attorney for Defendant
                                            Manuel Keith

**ORDER**

    IT IS SO ORDERED.

Dated: August 12, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT