Jan David Karowsky
Attorney at Law
A Professional Corporation
716 19th Street, Ste. 100
Sacramento, CA  95811
(916) 447-1134
(916) 448-0265
KarowskyLaw@sbcglobal.net

Attorney for Defendant
Manuel Keith

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MANUEL KEITH, et al.,<br><br>    Defendants. | No. CR-S-11-190 MCE<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>Date:   December 10, 2015<br>Time:   9:00 a.m.<br>Judge:  Honorable Morrison C. England, Jr. |

    The United States of America through its undersigned counsel, Jason Hitt, Assistant United States Attorney, together with counsel for defendant Manuel Keith, Jan David Karowsky, Esq. hereby stipulate to the following:

    1.  By previous order, this matter was set for status conference on December 10, 2015.

    2.  By this stipulation, Manuel Keith now moves to continue the status conference until February 25, 2016 and to exclude time between December 10, 2015 and February 25, 2016 under Local Codes C and M.

    3.  The parties agree and stipulate and request the Court find the following:

a. At the last status conference in this case, on November 20, 2015, it was expected by all parties that Mr. Keith would be entering a guilty plea pursuant to a written plea agreement, to which all parties had agreed.  However, on November 18, 2015, counsel was informed that Mr. Keith had been detained in New York City on certain criminal charges.  Counsel has inquired of the attorney representing Mr. Keith on the New York charges, and has been informed that he remains detained, since he has not been able to post bail.  Counsel has no information concerning when Mr. Keith may be available to come to Sacramento to enter a guilty plea.  Therefore, Mr. Keith requests a continuance of the status conference to February 25, 2016, by which time it is hoped more definite information may be available.

b. The Government does not object to the continuance.

c. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial within the original date prescribed by the Speedy Trial Act.

d. For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period from December 10, 2015 through  February 25, 2016, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(1)(B), other state charges are pending, and (h)(3)(A & B) unavailability of the defendant, pursuant to corresponding Local Codes C and M, because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

| | |
|---|---|
| DATED: December 10, 2015 | BENJAMIN WAGNER<br>United States Attorney<br><br>/s/ Jason Hitt<br><br>by<br>Jason Hitt<br>Assistant U.S. Attorney<br>by Jan David Karowsky<br>w/ Mr. Hitt's consent |
| DATED: December 10, 2015 | JAN DAVID KAROWSKY<br>Attorney at Law<br>A Professional Corporation<br><br>/s/ Jan Karowsky<br><br>by<br>JAN DAVID KAROWSKY<br>Attorney for Defendant<br>Manuel Keith |

## ORDER

IT IS SO ORDERED.

Dated: December 10, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT