Jan David Karowsky
Attorney at Law
A Professional Corporation
716 19th Street, Ste. 100
Sacramento, CA 95811
(916) 447-1134
(916) 448-0265
KarowskyLaw@sbcglobal.net

Attorney for Defendant
Manuel Keith

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MANUEL KEITH, et al.,<br><br>Defendants. | No. CR-S-11-190 MCE<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>Date: February 25, 2016<br>Time: 9:00 a.m.<br>Judge: Honorable Morrison C. England, Jr. |

The United States of America through its undersigned counsel, Jason Hitt, Assistant United States Attorney, together with counsel for defendant Manuel Keith, Jan David Karowsky, Esq. hereby stipulate to the following:

1. By previous order, this matter was set for status conference on February 25, 2016.

2. By this stipulation, Manuel Keith now moves to continue the status conference until April 28, 2016 and to exclude time between February 25, 2016 and April 28, 2016 under Local Codes C and M.

3. The parties agree and stipulate and request the Court find the following:

   a. At the status conference in this case, on November 20, 2015, it was expected by all parties that Mr. Keith would be entering a guilty plea pursuant to a written plea

agreement, to which all parties had agreed. However, on November 18, 2015, counsel was informed that Mr. Keith had been detained in New York City on certain criminal charges. Counsel has inquired of the attorney representing Mr. Keith on the New York charges, and has been informed that he remains detained, since he has not been able to post bail. I am currently in touch with Mr. Keith's attorney in New York City who informs me is still trying to determine the most efficient manner in which to proceed in both the New York case and the instant case. That attorney is attempting to negotiate with the local prosecutor, but will not have any relevant information for a number of weeks. That attorney believes he needs more time to attempt to determine the best order of resolving both the New York case and the instant case, and, as he explained it to me, so do I. Therefore, Mr. Keith requests a continuance of the status conference to April 28, 2016, by which time it is hoped more definite information may be available.

b. The Government does not object to the continuance.

c. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial within the original date prescribed by the Speedy Trial Act.

d. For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period from February 25, 2016 to April 28, 2016, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(1)(B), other state charges are pending, and (h)(3)(A & B) unavailability of the defendant, pursuant to corresponding Local Codes C and M, because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: February 25, 2016

BENJAMIN WAGNER
United States Attorney

by /s/ Jason Hitt

Jason Hitt
Assistant U.S. Attorney
by Jan David Karowsky
w/ Mr. Hitt's consent

DATED: February 25, 2016

JAN DAVID KAROWSKY
Attorney at Law
A Professional Corporation

by /s/ Jan Karowsky

JAN DAVID KAROWSKY
Attorney for Defendant
Manuel Keith

IT IS SO ORDERED.

Dated: February 25, 2016

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT