Jan David Karowsky
Attorney at Law
A Professional Corporation
716 19th Street, Ste. 100
Sacramento, CA  95811
(916) 447-1134
(916) 448-0265
KarowskyLaw@sbcglobal.net

Attorney for Defendant
Manuel Keith

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-11-190 MCE |
| Plaintiff, | |
| v. | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| NICHOLAS RAMIREZ, et al., | Date:   July 7, 2016 |
| Defendants. | Time:   10:00 a.m. |
| | Judge:  Honorable Morrison C. England, Jr. |

The United States of America through its undersigned counsel, Jason Hitt, Assistant United States Attorney, together with counsel for defendant Manuel Keith, Jan David Karowsky, Esq. hereby stipulate to the following:

1. By previous order, this matter was set for status conference on July 7, 2016.

2. By this stipulation, Manuel Keith now moves to continue the status conference until August 11, 2016 and to exclude time between July 7, 2016 and August 11, 2016 under the Local Code T-2 and T-4.

3. The parties agree and stipulate and request the Court find the following:

   a. At the status conference in this case, on November 20, 2015, it was expected by all parties that Mr. Keith would be entering a guilty plea pursuant to a written plea

agreement, to which all parties had agreed. However, on November 18, 2015, counsel was informed that Mr. Keith had been detained in New York City on certain criminal charges. Counsel has inquired of the attorney representing Mr. Keith on the New York charges, and has been informed that he still remains detained, since he has not been able to post bail. I am currently in touch with Mr. Keith's attorney in New York City who informs me is still trying to determine the most efficient manner in which to proceed in both the New York case and the instant case. That attorney is attempting to negotiate with the local prosecutor, but will not have any relevant information for a number of weeks. Previously, I telephoned the office of United States Attorney for the Southern District of New York and spoke to the Deputy Chief of the Criminal Division concerning what was required to accomplish a Rule 20 transfer of the instant action to New York for disposition by way of a guilty plea to the pending plea agreement. Currently, AUSA Hitt and I are attempting to accomplish a Rule 20 transfer to New York, but will need a number of weeks more to accomplish that transfer. Therefore, Mr. Keith requests a continuance of the status conference to August 11, 2016, by which time it is hoped the Rule 20 transfer will have been accomplished.

b. The Government does not object to the continuance.

c. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial within the original date prescribed by the Speedy Trial Act.

d. For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period from July 7, 2016 through August 11, 2016 inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) ) and (B)(ii) and (iv), corresponding to Local Code T-2 and T-4 because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served

by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED:   June 29, 2016                    PHILLIP TALBERT
                                          Acting United States Attorney

                                          /s/ Jason Hitt
                                      by
                                          Jason Hitt
                                          Assistant U.S. Attorney
                                          by Jan David Karowsky
                                          w/ Mr. Hitt's consent

DATED:   June 29, 2016                    JAN DAVID KAROWSKY
                                          Attorney at Law
                                          A Professional Corporation

                                          /s/ Jan Karowsky
                                      by
                                          JAN DAVID KAROWSKY
                                          Attorney for Defendant
                                          Manuel Keith

**ORDER**

IT IS SO ORDERED.

Dated: June 29, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE