**IN THE UNITED STATES DISTRICT**
**EASTERN DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> Plaintiff, <br><br> v. <br><br> **MANUEL KEITH,** <br><br> Defendant. | CR NO: 2:11-CR-00190 MCE |

**APPLICATION FOR WRIT OF HABEAS CORPUS**

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum ☐ Ad Testificandum

Name of Detainee: Manuel Keith, NYSID: 00070963L

Detained at: Otis Bantum Correctional Center
16-00 Hazen Street, East Elmhurst, NY 11370

Detainee is: a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint
charging detainee with: Drug trafficking

or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will: a.) ☒ return to the custody of detaining facility upon termination of proceedings

or b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/Jason Hitt |
| Printed Name & Phone No: | Jason Hitt                916-554-2751 |
| Attorney of Record for: | United States of America |

**WRIT OF HABEAS CORPUS**

☒ Ad Prosequendum ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: October 19, 2016

*[signature]*
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☐ Male ☐ Female | |
| Booking or CDC #: | NYSID: 00070963L | DOB: | |
| Facility Address: | Otis Bantum Correctional Center | Race: | |
| Facility Phone: | 16-00 Hazen Street, East Elmhurst, NY | FBI#: | |
| Currently | 718-546-6420 | | |

**RETURN OF SERVICE**

Executed on: _____   _____
                                         (signature)