JAN DAVID KAROWSKY
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811-1767
(916) 447-1134
(916) 448-0265 (Fax)

Attorney for Defendant
Manuel Keith

UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Manuel Keith,<br><br>　　　　Defendant | Case No.: Cr.S-11-190-MCE<br><br>**STIPULATION AND ORDER FOR THE RETURN OF MANUEL KEITH'S U.S. PASSPORT,<br>NO. 428592147** |

FACTUAL SUMMARY

As a usual condition of Pre-Trial release, the Court ordered Manuel Keith to surrender his United States passport, number 428592147, to the Clerk of the United States District Court for the Eastern District of California, which he did.   Thereafter, on March 2, 2017, the Court sentenced Manuel Keith to "time served."   Since there is no further practical need for the Court to retain possession of his passport, and to eliminate the need to attempt to retrieve it after his term of supervised release is over, both the prosecuting AUSA and the defense attorney believe it would be appropriate and convenient to release Mr. Keith's passport now to the possession of his

attorney, Jan David Karowsky, who, in turn, will send it to Mr. Keith's mother, which is what Mr. Keith has requested.

## STIPULATION

Plaintiff, United States, and Defendant, Manuel Keith, through their undersigned counsel, hereby stipulate and agree that Mr. Keith's United States passport, Number 428592147, currently held by the Clerk of the United States District Court for the Eastern District of California, shall forthwith be returned to him by mailing said passport to Mr. Keith's, as follows:

    Jan David Karowsky
    Attorney at Law
    A Professional Corporation
    716 19th Street, Suite 100
    Sacramento, CA  95811

**IT IS SO STIPULATED.**

DATED:   March 16, 2017              Phillip Talbert
                                      United States Attorney

                                      /s/ Jason Hitt

                                   by
                                      Jason Hitt
                                      Assistant U.S. Attorney
                                      by Jan David Karowsky
                                      w/ Mr. Hitt's consent

DATED:   March 16, 2017              JAN DAVID KAROWSKY
                                      Attorney at Law
                                      A Professional Corporation

                                      /s/ Jan Karowsky

                                   by
                                      JAN DAVID KAROWSKY
                                      Attorney for Defendant
                                      Manuel Keith

- 3 -

Good cause having been shown, the Court hereby orders that Manuel Keith's United States passport, number 428592147, shall be mailed, forthwith, to Mr. Keith's attorney, as detailed in the above Stipulation.

IT IS SO ORDERED.

Dated: March 16, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE